N/S

MinJie Zheng

c/o Daniel Zheng

950 Diaz Lane

San Mateo, CA 94404, USA

Tel: (650)918-6198

Tel: 0086-13910612445

Email: 36502860@qq.com

Plaintiff in Pro Per

Fee PAID

No CV 30

No CV 71



FILED
CLERK, U.S. DISTRICT COURT
05/23/2025
CENTRAL DISTRICT OF CALIFORNIA
BY  gsa  DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# Central District Court of California

| | |
|---|---|
| MINJIE ZHENG, | Case No.: 2:25-cv-04808 -SPG-(AJRx) |
| Plaintiff, | COMPLAINT FOR: |
| vs. | 1. ANTITRUST VIOLATIONS |
| INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS | 2. DECLARATORY RELIEF |
| | 3. BREACH OF CONTRACT |
| VERISIGN, INC., | 4. UNFAIR BUSINESS PRACTICES |
| BEIJING XINNET DIGITAL INFORMATION TECHNOLOGY CO., LTD | |
| Defendants | |

# I. Plaintiff and Defendant Information

1. Plaintiff Minjie Zheng is a Chinese citizen, pursuing an antitrust lawsuit regarding single-character .COM domain names.

2. Defendant INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS (ICANN) is a California nonprofit public benefit placeof, with its principal place of business at:

12025 Waterfront Drive, Suite 300  Los Angeles, California, USA

Phone: +1 310 301 5800   Fax: +1 310 823 8649

3.Defendant Defendant VeriSign, Inc. is a domain name registration management corporation, with its principal place of business at:

12061 Bluemont Way Reston, VA 20190 United States

Phone: +1 703-948-3200

4. Defendant Beijing Xinwang Digital Information Technology Co., Ltd. (Xinnet) is a domain name registration service provider, with its principal place of business at:

3rd Floor, Building B1, Digital Manor No.1 Disheng West Road Beijing Economic and Technological Development Zone China

Phone: +86 10 5802 2233   Email: bj@xinnet.com

## Ii. Court jurisdiction

ICANN is a non-profit organization headquartered in Los Angeles, California, with jurisdiction in the Los Angeles Superior Court, see 23STCV19554

Verisign is involved in ICANN's illegal activities. As a domain name registration agency, one should participate in litigation.

XINNET is a domain name registration service provider that has signed agreements with ICANN and Verisign. The plaintiff is a registered member of XINNET, which has signed agreements with both ICANN and Verisign, and therefore must participate in the lawsuit.

# Iii. Process

1. In 1993, a technician from IANA retained 35 single character domain names, IANA later became an internal body of ICANN

2. Two single characters. Com domain Names registration information
z.com  Creation Date: 1997-12-19T05:00:00Z
q.com  Creation Date: 1999-03-30T05:00:00Z

3. The first COM registration management agreement in 1999
https://www.icann.org/en/registry-agreements/multiple/icann-nsi-registry-agreement- 10-11-1999-en
There is no rule to retain two letters

4. Revised VeriSign .com Registry Agreement: Appendix K
https://www.icann.org/en/registry-agreements/com/revised-verisign-com-registry- agreement-appendix-k-16-4-2001-en
All single-character labels.
All two-character labels shall be initially reserved. The reservation of a two-character label string shall be released to the extent that the Registry Operator reaches agreement with the government and country-code manager, or the ISO 3166 maintenance agency, whichever appropriate. The Registry Operator may also propose release of these reservations based on its implementation of measures to avoid confusion with the corresponding country codes.

5. Poland country code  PL.COM Domain Name: PL.COM
Updated Date: 2023-01-27 T22:31:48Z
Creation Date: 2001-06-17 T10:31:19Z

6. Poland country code CM.COM Domain Name: CM.COM

Updated Date: 2022-12-30 T08:14:10Z

Creation Date: 2015-01-16T19:52:55Z

7. October 16, 2007 ICANN Establishes Forum on Allocation Methods for Single-Letter and Single-Digit Domain Name
https://www.icann.org/en/announcements/details/icann-establishes-forum-on- allocation-methods-for-single-letter-and-single-digit-domain-names-16-10-2007-en

8. ICANN Seeks Expressions of Interest from Auction Design Experts
https://www.icann.org/en/announcements/details/icann-seeks-expressions-of- interest-from-auction-design-experts-18-1-2008-en
ICANN is seeking expressions of interest from entities experienced in developing and managing auction processes. ICANN has identified several areas where auctions might be an appropriate tool, such as the efficient disposition of data from terminated registrars and registries, the allocation of single-character second-level domain names, and perhaps, resolution of contention between competing commercial applicants for identical strings in the application process for new generic Top Level Domains. A number of commenters and academics have recommended auctions as the preferred method of objectively allocating scarce resources such as popular second-level domain names or gTLD strings. Also, ICANN received substantial public comment in the discussion on allocation of single-character second-level names that the names should be allocated through an auction model.

9. The plaintiff submitted 33 single character COM registration applications to XINNET on August 12, 2008, and subsequently filed a monopoly lawsuit with case number (2011) Zhening ZhiChuZi35. The plaintiff believes that Q.COM was registered on March 30, 1999, Z.COM was registered on December 19, 1997, and X .COM was registered on April 2, 1993. Why are the other 33 domain names refusing registration? TheIntermediate People's Court of Ningbo accepted this case. ICANN claims thatdue to technical reasons, these domain names were retained in 1993 and should be determined by US courts. The Ningbo Intermediate People's Court supports ICANN's jurisdictional claim and rejects the plaintiff's lawsuit.

10. In April 2013, ICANN stated at its 46th meeting in Beijing that the single character domain name registration proposed by Zheng Minjie no longer has technical reasons, and our independent prosecutor will receive you. The independent prosecutor sent an email stating that there are no restrictions on the registration of these domains and recommended registering them with Verisign.

11. Since April 2013, the ICANN Global Support Center has repeatedly responded that registering a single character COM domain name does not require authorization from ICANN, but is registered by Verisign.

12. The plaintiff applied to Xinwang Company with ICANN's response, and on May 7, 2013, Verisign conveyed through Beijing Xinwang Company that single character and two character domain names are reserved by ICANN.

13. January 6, 2015 the plaintiff's application for CM.COM was rejected and was registered by someone else a week later.

14. In 2017, the plaintiff filed a lawsuit with the anti-monopoly department of the People's Republic of China, accusing Verisign of abusing its market dominance by refusing to register single character and CM.COM domain names. The antitrust department launched an investigation on November 23, 2017, and Verisign provided the antitrust department with a judgment from a US federal court stating that CM.COM was registered by someone else due to the US court's ruling.

15. On November 30, 2017, Verisign reported to ICANN that it wanted to auction off these domain names, but concealed the fact that they were under investigation.

16. On December 7, 2017, ICANN announced that opening up the registration of these domain names would not jeopardize network security, but the auction would require approval from the US antitrust department. The auction application has been submitted to the US Department of Justice, but ICANN concealed the fact that the Chinese antitrust agency is investigating. Its purpose is to use the response of the US government to counter the Chinese government. But I didn't expect the antitrust department of the US Department of Justice to reject the application.

17. On December 14, 2017, the US Department of Justice did not accept auction applications

18. On January 8, 2018, Verisign defended to the Chinese antitrust agency that these domain names were no longer reserved and were ready for auction, but concealed the fact that the US antitrust agency did not accept the auction

19. https://www.icann.org/en/public-comment/proceeding/release-for-registration-one-com-domain-name-with-a-single-character-label-ocom-10-05-2018 (Due to too many people cursing, he closed his mailing list)

**Release for Registration one .COM Domain Name with a Single-Character Label: O.COM**

**Open Date**
10 May 2018 23:59 UTC

**Close Date**
20 June 2018 23:59 UTC

**Staff Report Due**
10 August 2018 23:59 UTC

Comments Closed

Report of Public Comments

View Comments

**Originating Organization**

20. Comments of the American Internet Chamber of Commerce，This opinion was downloaded before ICANN closed the list, stating that these domain names are not owned by Verisign and have no right to be auctioned. Doubting auction donations as a covert operation in these opinions.

21. March 27, 2019 ICANN Modify Registration Agreement
https://itp.cdn.icann.org/en/files/registry-agreements/com/com-amend-2-pdf-27mar19-en.pdf

All single-character labels. Notwithstanding this reservation the single character label o.com may be released pursuant to the o.com Service

22. On February 25, 2020, the Chinese anti-monopoly department issued an administrative penalty decision against Verisign;

23. On April 13, 2025, the plaintiff filed a complaint with ICANN, accusing Verisign of illegally refusing domain name registration. On April 21, 2025,

24. ICANN responded that the ICANN Contract Compliance Department will resolve this issue within 3-5 working days after receiving a new complaint. If you do not receive a response from them within 5 working days, you can send an email to compliance@icann.org Query status.

25. On April 22, 2025, the plaintiff sent an email stating that the complaint had exceeded the 6 * 24 hour limit. I would like to know if you have notified Verisign. ICANN shall not violate its own regulations; Otherwise, CANN will lose its basic reputation. If there is no response, I will initiate the review process. These matters will become evidence in administrative procedures and  civil litigation.

26.On April 23, 2025, an email was sent to the ICANN Complaints Office and ICANN Complaints Commissioner Krista Papac. hen facing the public and  individuals, your behavior should be consistent.

27.On April 25, 2025, an email was sent to ICANN requesting a response rom the Contract Compliance Department regarding the progress of the complaint against VeriSign. ICANN has not responded.

28. On April 29, 2025, the plaintiff applied again to Beijing Xinwang Digital Information Technology Co., Ltd. to register these domain names and attached a US judgment, but did not receive a response.

29. US Lawmakers Demand Federal Probe into VeriSign's .com Pricing Practices https://greyjournal.net/news/us-investigation-verisign-com-pricing **Elizabeth Warren asks for investigation of Verisign**

**https://domainnamewire.com/2024/11/27/elizabeth-warren-asks-for-investigation-of-verisign/**

30. Someone in the United States is already suing ICANN for single character domain names, see 23STCV19554

31. On December 1, 2024, ICANN and Verisign signed a new agreement second level should retain the following names:
(vi) [RESERVED]

(vii) Public Interest Commitments. Registry Operator shall comply with the public interest commitments set forth in Appendix 11 (Public Interest Commitments).

(d) Registry Operations.

(i) Registration Restrictions. Registry Operator shall reserve, and not register any TLD strings appearing on the list of reserved TLD strings attached as Appendix 6 hereto.

● All single character markings.

● The two character label should initially be retained. After reaching an agreement between the registration authority and the government and country/region code management agency or ISO 3166 maintenance agency (if applicable), the retention of the two character tag string should be cancelled. The registration authority may propose to lift these restrictions based on measures taken to avoid confusion with the corresponding country/regioncode.

# IV. Analyze the facts formed by the above evidence

1. On October 10, 2007, Danny Younge revealed at the ICANN auction forum that retaining these domain names was an arbitrary act by technical personnel and believed that ICANN's actions were hypocritical. Danny Young is a third party with no interest in the plaintiff, proving that retaining a single character domain name was not actually discussed;

2. At the 46th meeting held in Beijing in 2014, ICANN explicitly announced that single character COM domain registration no longer poses a security risk, and prosecutors have sent emails stating that these limiting factors no longer exist. You can contact Verisign for registration;

3. ICANN Global Service Center email statement: Registering a single character COM does not require ICANN authorization, please contact Verisign directly;

4. Opinions of the American Internet Chamber of Commerce on the 2018 Verisign auction: these domain names do not belong to Verisign, and Verisign has no right to auction;

5. ICANN's response and Verisign's response are contradictory, and no one dares to admit who retained them. Once the US antitrust agency imposes a $100 million penalty or criminal accountability, the two companies will start pushing each other out of responsibility.

6. The administrative penalties imposed by Chinese antitrust agencies and the rulings of US federal courts have proven that retaining these domain names is illegal;

7. In 1993 single character COM domain names were retained. but q.com and Z.com were registered in 1997 and 1999, respectively,Aren't these two domain names single character domain names?

8. All two characters of COM have been registered, especially the Polish country code PL registered in 2001, which proves that the two digit country

code can also be registered and proves that the protection clause is fictitious;

9. ICANN's failure to respond to complaints about Verisign's illegal refusal to register single letter domain names proves that these reservations have no legal basis;

10. ICANN prepared for auction in 2007, and then Verisign prepared for auction in 2018. This indicates that these domain names do not have owners.

# V conclusion

1. ICANN and Verisign retained these domain names without justifiable easons and prepared to sell them at a high price, violating the regulations prohibiting direct sales and hoarding of domain names, especially in the context of administrative penalties and court rulings by Chinese antitrust agencies. This is clearly a subjective attempt to abuse their market dominance. From 1993 to 2015, two single character domain names and hundreds of two character domain names were registered, indicating that this reservation clause was not enforced. Based on the list of discussions regarding the closure of the forum by ICANN, the plaintiff has legitimate reasons to doubt whether the protocol published online by ICANN is consistent with the actual protocol.

3. If the court supports the legality of retaining single character and double character reservations, then the judgment of 14-CV-01999-TPG regarding CM.COM should be revoked, and ICANN and Verisign should now revoke the reservation of hundreds of domain names registered during the 1993-2015 reservation period, including but not limited to CM.COM, PL.COM, Z.COM, Q.COM, X.COM, etc., and re include them in the reservation scope. Otherwise, the plaintiff will file a lawsuit against these domain names, which will lead to judicial disputes. And the plaintiff cannot be accused of abusing the lawsuit.

# VI. WHEREFORE, plaintiff prays for judgement

1. Confirm the provisions of the COM Registry Agreement signed by ICANN and VeriSign on December 1, 2024, which retain and prohibit Registering single character and two character Domain name listed in Appendix 6 of this agreement is illegal.

2. Confirm that 33 domain names do not have owners.

3. Order the defendant to register 33 domain names for the plaintiff

4. Compensate the plaintiff for reasonable expenses and mental damages incurred in the 16 year lawsuit, totaling 35000

5. The litigation costs and reasonable expenses of this case shall be borne by the three defendants;

# vii  Request the jury to participate in the trial

US Lawmakers Demand Federal Probe into VeriSign's .com Pricing Practices https://greyjournal.net/news/us-investigation-verisign-com-pricing

Elizabeth Warren asks for investigation of Verisign

https://domainnamewire.com/2024/11/27/elizabeth-warren-asks-for-investigation-of-verisign

We are preparing to get in touch with Elizabeth Warren to catch her attention.

2025-05-17

MinJie Zheng  36502860@qq.com

Daniel Zheng, located at 950 Diaz Lane SanMateo CA94403.

tel：(650)918-6198  tel：0086-13910612445