**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINJIE ZHENG,<br><br>               Plaintiff,<br><br>      v.<br><br>INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS; and VERISIGN, INC.<br><br>               Defendants. | Case No. 2:25-cv-04808-SPG-AJR<br><br>**JUDGMENT** |

      On September 16, 2025, the Court granted the Motions to Dismiss filed by Defendants Internet Corporation for Assigned Names and Numbers ("ICANN") and Verisign, Inc. ("Verisign") and dismissed Plaintiff's First Amended Complaint without leave to amend, (ECF No. 104).

      Accordingly, IT IS HEREBY ORDERED AND ADJUDICATED that:

- Judgment shall be entered in favor of Defendants and against Plaintiff;
- Plaintiff shall take nothing on his First Amended Complaint; and
- The entire action is dismissed WITH PREJUDICE as to Defendants ICANN and Verisign.

1  The Court deems Defendants ICANN and Verisign prevailing parties for
2  purposes of Federal Rule of Civil Procedure 54(d) and Local Rule 54-1.

**IT IS SO ORDERED.**

DATED: September 30, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE